IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Rockford DIVISION

IN RE:
COLLIS, JASON K.
COLLIS, REBECCA A.

CASE NO. 09-75410 BARB

HONORABLE Manuel Barbosa

Debtor(s)

### TRUSTEE'S INTERIM APPLICATION FOR COMPENSATION AND EXPENSES

TO:   HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE
FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES MEGAN G. HEEG, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,269.07 as compensation, and $8.66 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $5,190.69. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% of first $5,000.00 | $ | 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ | 19.07 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ | 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ | 0.00 | |
| TOTAL COMPENSATION | $ | 1,269.07 | |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this _____ day of _____, 20____

/s/ Megan G. Heeg
MEGAN G. HEEG, Trustee
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Telephone # (815) 288-4949

**EXHIBIT E**

IN RE:  
COLLIS, JASON K.  
COLLIS, REBECCA A.

## SUMMARY OF TRUSTEE TIME

| DATE | ATTORNEY | DESCRIPTION | Amount |
|---|---|---|---|
|  |  | Premium Bond | 8.66 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | TOTAL DUE | 8.66 |
|---|---|---|---|

**EXHIBIT E**