IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Rockford DIVISION

| | |
|---|---|
| IN RE:<br>COLLIS, JASON K.<br>COLLIS, REBECCA A.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 09-75410 BARB<br><br>HONORABLE Manuel Barbosa |

**APPLICATION OF TRUSTEE'S COUNSEL OF OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:    HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE
       FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF
       ILLINOIS, WESTERN DIVISION

MEGAN G. HEEG, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on 12/07/09. This Court on August 16, 2010 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $340.00 in compensation for 1.70 hours of services performed for the period July 16, 2010 through December 28, 2010, and reimbursement of actual expenses in the amount of $343.75.

3. A description of the nature of the services rendered and expenses by the Applicant is as follows:

   See Exhibit A, attached hereto.

4. The time expended and services rendered by the Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| Megan G. Heeg | 1.70 | $200.00 | $340.00 |

6. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $340.00 and reimbursement of actual and necessary expenses of $343.75 for legal services rendered in this case.

Dated: December 12, 2012                    RESPECTFULLY SUBMITTED,

By: _____

MEGAN G. HEEG, Trustee
Ehrmann Gehlbach Badger Lee & Considine, LLC
P.O. Box 447
Dixon, IL 61021
Telephone # (815) 288-4949

# EHRMANN GEHLBACH BADGER LEE & CONSIDINE, LLC

215 East First Street, Suite 100
P.O. Box 447
Dixon, Illinois 61021

Ph:815-288-4949    Fax:815-288-3068

Jason K. and Rebecca A. Collis                                    Dec 12, 2012
6461 Baker Rd.
Eric, Illinois 61250

File #:    100367
Inv #:     Sample
As of:     Dec 12/12

RE: Bankruptcy asset case

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| Jul-16-10 | Draft Motion to Employ law firm, Notice, Affidavit, and proposed Order. | 0.75 | 150.00 |
| Aug-16-10 | Court appearance (telephonic) on Motion to Employ | 0.25 | 50.00 |
| Aug-18-10 | Letter to probate attorney re: status and turnover | 0.20 | 40.00 |
| Aug-19-10 | Email from and to attorney for probate estate. | 0.20 | 40.00 |
| Dec-28-10 | Letter to probate attorney | 0.30 | 60.00 |
| | Totals | 1.70 | $340.00 |

**Costs**

| | | |
|---|---|---|
| Photocopy Expense | | 21.25 |
| Fax Expense | | 0.50 |
| 7/5/10 Share of Travel to/from Rockford | | 13.00 |
| Court Call- Collis | | 10.00 |
| Reopening filing fee | | 299.00 |
| Totals | | $343.75 |

|  |  |
|---|---:|
| **Total Fees** | $683.75 |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | $683.75 |