UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | | |
|---|---|---|---|
| In re: | COLLIS, JASON K. | § | Case No. 09-75410 |
| | COLLIS, REBECCA A. | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF INTERIM TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>MEGAN G. HEEG</u>, trustee of the above styled estate, has filed an Interim Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Interim Report and Applications for Compensation.

The complete Interim Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Interim Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 01/28/2013 in Courtroom 3100, United States Courthouse Courthouse, 327 S. Church Street
Rockford, IL 61101. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: <u>12/12/2012</u>         By:    <u>/s/MEGAN G. HEEG</u>
                                        Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

Dated: 12/17/2012          By: /s/MEGAN G. HEEG
                                                  Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: COLLIS, JASON K.<br>　　　COLLIS, REBECCA A.<br><br>Debtor(s) | § Case No. 09-75410<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S INTERIM REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Interim Report shows receipts of | $ | 5,190.69 |
| and approved disbursements of | $ | 409.95 |
| leaving a balance on hand of [1] | $ | 4,780.74 |

**Balance on hand:**　　　　　　　　$　　4,780.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:　　$　　0.00
Remaining balance:　　$　　4,780.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,269.07 | 0.00 | 1,269.07 |
| Trustee, Expenses - MEGAN G. HEEG | 8.66 | 0.00 | 8.66 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 340.00 | 0.00 | 340.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 343.75 | 0.00 | 343.75 |

Total to be paid for chapter 7 administration expenses:　　$　　1,961.48
Remaining balance:　　$　　2,819.26

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,819.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,819.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,601.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 490.26 | 0.00 | 22.82 |
| 2 | Discover Bank | 4,177.35 | 0.00 | 194.33 |
| 3 | Chase Bank USA, N.A. | 7,034.45 | 0.00 | 327.25 |
| 4 | Chase Bank USA,N.A | 2,757.12 | 0.00 | 128.26 |
| 5 | GE Money Bank | 4,402.77 | 0.00 | 204.82 |
| 6 | GE Money Bank | 1,270.54 | 0.00 | 59.11 |
| 7 | GE Money Bank | 1,230.19 | 0.00 | 57.23 |
| 8 | American Express Centurion Bank | 16,119.72 | 0.00 | 749.90 |
| 9 | Fia Card Services, NA/Bank of America | 13,521.95 | 0.00 | 629.05 |
| 10 | Fia Card Services, NA/Bank of America | 9,597.58 | 0.00 | 446.49 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,819.26 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-75410-TML
Jason K. Collis                                                         Chapter 7
Rebecca A. Collis
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave              Page 1 of 2               Date Rcvd: Jan 08, 2013
                              Form ID: pdf006              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2013.
db/jdb     +Jason K. Collis,    Rebecca A. Collis,    6461 Baker Road,    Erie, IL 61250-9795
16345585    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14813651   +American Express Gold,    Box 0001,    Los Angeles, CA 90096-8000
14813652    Bank Of America,    PO Box 15019,    Wilimington, DE 19886-5019
14813654   +CGH Medical Center,    100 E. LeFevre Road,    Sterling, IL 61081-1279
14813656    CITI Cards,    PO Box 6000,    The Lakes, NV 89163-6000
14813653    Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
14813655    Chase,    PO Box 15153,    Wilimington, DE 19886-5153
15995181    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16129036   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14813648   +Collis Jason K,    6461 Baker Road,    Erie, IL 61250-9795
14813649   +Collis Rebecca A,    6461 Baker Road,    Erie, IL 61250-9795
14813658    Furniture Row,    HSBC Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
14813659    Great Escape,    CitiFinancial Retail Services,    PO Box 22060,    Tempe, AZ 85285-2060
14813662    Lowe's,    PO Box 5301914,    Atlanta, GA 30353-0914
14813664   +Spears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
14813665   +Sterling Federal Bank,    PO Box 617,    Sterling, IL 61081-0617
14813650   +Yalden Olsen & Willette,    1318 E State St,    Rockford, IL 61104-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15956056    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 09 2013 01:48:32      Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
14813657    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 09 2013 01:48:32      Discover Card,   PO Box 6103,
              Carol Stream, IL 60197-6103
16368002    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 09 2013 01:51:30
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK 73124-8809
16326018    E-mail/PDF: rmscedi@recoverycorp.com Jan 09 2013 01:51:06      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14813660    E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2013 01:52:27      JC Penney,   PO Box 960090,
              Orlando, FL 32896-0090
14813661    E-mail/Text: bnckohlsnotices@becket-lee.com Jan 09 2013 01:01:35      Kohl's,   PO Box 3004,
              Milwaukee, WI 53201-3004
14813663    E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2013 01:49:54      Sam's Club,   PO Box 530942,
              Atlanta, GA 30353-0942
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2013**          **Signature:**     _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave              Page 2 of 2              Date Rcvd: Jan 08, 2013
                              Form ID: pdf006              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2013 at the address(es) listed below:

        Joseph D Olsen   on behalf of Joint Debtor Rebecca A. Collis jolsenlaw@aol.com
        Joseph D Olsen   on behalf of Debtor Jason K. Collis jolsenlaw@aol.com
        Lisa A Gabriel   on behalf of Creditor   Sterling Federal Bank, F.S.B. gabriel@wmpj.com,
         teresa@wmpj.com
        Megan G Heeg   heeg@egblc.com, IL55@ecfcbis.com
        Megan G Heeg   on behalf of Trustee Megan G Heeg heeg@egblc.com
        Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov

                                                                       TOTAL: 6