UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| JASON K. COLLIS and | ) | No. 09-75410 |
| REBECCA A. COLLIS | ) | |
| | ) | |
| Debtors. | ) | Judge Thomas M. Lynch |

## CERTIFICATE OF SERVICE

I, the undersigned, on oath state that on August 4, 2016, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed below.

Jason K. Collis
6461 Baker Road
Erie, IL 61250

VIA ECF Filing
Carole Ryczek, Esq.
United States Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

N.A. Chase Bank USA
c/o Creditors Bankruptcy Service
P.O. Box 740993
Dallas, TX 75374

GE Money Bank
c/o Recovery Management Systems
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

American Express Centurion Bank
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

VIA ECF FILING
Joseph D. Olsen, Esq.
1318 E. State Street
Rockford, IL 61104

Rebecca A. Collis
6461 Baker Road
Erie, IL 61250

Discovery Bank
DFS Services, LLC
P.O. Box 3025
New Albany, OH 43054-3025

N. A. Chase Bank USA
P.O. Box 15145
Wilmington, DE 19850-5145

NA/Bank FIA Card Services
By American Infosource LP As its Agent
P.O. Box 248809
Oklahoma City, OK 73124-8809

/s/ Katherine M. Elliott
----------------------

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com

\\EGBLC2\TMDocs\3\100367\PLED\NFR cert of mailing0937.docx