# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: COLLIS, JASON K. | § | Case No. 09-75410 |
| COLLIS, REBECCA A. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $375,307.00 *(without deducting any secured claims)* | Assets Exempt: $116,100.00 |
| Total Distribution to Claimants: $7,468.36 | Claims Discharged Without Payment: $83,383.57 |
| Total Expenses of Administration: $3,041.11 | |

3) Total gross receipts of $ 10,509.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,509.47 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $115,920.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 3,041.11 | 3,041.11 | 3,041.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 84,800.00 | 60,601.93 | 60,601.93 | 7,468.36 |
| **TOTAL DISBURSEMENTS** | $200,720.00 | $63,643.04 | $63,643.04 | $10,509.47 |

4)  This case was originally filed under Chapter 7 on December 07, 2009. The case was pending for 83 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/25/2016          By:  /s/MEGAN G. HEEG
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Non-Contingent Interest in Estate | 1210-000 | 10,508.97 |
| Interest Income | 1270-000 | 0.50 |
| **TOTAL GROSS RECEIPTS** | | **$10,509.47** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Sterling Federal Bank | 4110-000 | 110,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Great Escape CitiFinancial Retail Services | 4110-000 | 4,220.00 | N/A | N/A | 0.00 |
| NOTFILED | Furniture Row HSBC Retail Services | 4110-000 | 800.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$115,920.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,800.95 | 1,800.95 | 1,800.95 |
| MEGAN G. HEEG | 2200-000 | N/A | 8.66 | 8.66 | 8.66 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 120.00 | 120.00 | 120.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 340.00 | 340.00 | 340.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 343.75 | 343.75 | 343.75 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 17.80 | 17.80 | 17.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 9.95 | 9.95 | 9.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,041.11 | $3,041.11 | $3,041.11 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 210.00 | 490.26 | 490.26 | 60.43 |
| 2 | Discover Bank | 7100-000 | 3,400.00 | 4,177.35 | 4,177.35 | 514.80 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 6,620.00 | 7,034.45 | 7,034.45 | 866.90 |
| 4 | Chase Bank USA,N.A | 7100-000 | 2,310.00 | 2,757.12 | 2,757.12 | 339.78 |
| 5 | GE Money Bank | 7100-000 | 3,700.00 | 4,402.77 | 4,402.77 | 542.58 |
| 6 | GE Money Bank | 7100-000 | 1,005.00 | 1,270.54 | 1,270.54 | 156.58 |
| 7 | GE Money Bank | 7100-000 | 950.00 | 1,230.19 | 1,230.19 | 151.60 |
| 8 | American Express Centurion Bank | 7100-000 | 15,805.00 | 16,119.72 | 16,119.72 | 1,986.53 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | 11,550.00 | 13,521.95 | 13,521.95 | 1,666.39 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | 9,000.00 | 9,597.58 | 9,597.58 | 1,182.77 |
| NOTFILED | Spears Credit Cards | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 6,340.00 | N/A | N/A | 0.00 |
| NOTFILED | CGH Medical Center | 7100-000 | 790.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express Gold | 7100-000 | 15,120.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $84,800.00 | $60,601.93 | $60,601.93 | $7,468.36 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 09-75410 | **Trustee:** (330490)    MEGAN G. HEEG |
| **Case Name:** COLLIS, JASON K. | **Filed (f) or Converted (c):** 12/07/09 (f) |
| COLLIS, REBECCA A. | **§341(a) Meeting Date:** 01/08/10 |
| **Period Ending:** 10/25/16 | **Claims Bar Date:** 11/02/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Checking-Sterling Federal Bank certificates of d | 300.00 | 0.00 | | 0.00 | FA |
| 4 | ComEd companies, landlords, and | 315.00 | 0.00 | | 0.00 | FA |
| 5 | HHGS/furnishings audio, video, and computer | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Books, pictures - normal complement , stamp, coi | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | sports/hobby equipment and other hobby equipment | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Cincinnati Life - no cash surrender value | 100,000.00 | 0.00 | | 0.00 | FA |
| 11 | Cincinnati Life - no cash surrender value itemiz | 100,000.00 | 0.00 | | 0.00 | FA |
| 12 | 401K - Hormel Foods Corp. | 10,112.00 | 0.00 | | 0.00 | FA |
| 13 | Capital Accumulation Plan Give particulars. | 10,054.00 | 0.00 | | 0.00 | FA |
| 14 | Hormel Foods - profit sharing trust | 8,836.00 | 0.00 | | 0.00 | FA |
| 15 | anticipated 2010 tax return of every nature, inc | 3,000.00 | 0.00 | | 0.00 | FA |
| 16 | AUTOMOBILES AND OTHER VEHICLES | 1,615.00 | 0.00 | | 0.00 | FA |
| 17 | AUTOMOBILES AND OTHER VEHICLES | 1,255.00 | 0.00 | | 0.00 | FA |
| 18 | AUTOMOBILES AND OTHER VEHICLES | 2,020.00 | 0.00 | | 0.00 | FA |
| 19 | ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| 20 | above ground pool | 2,000.00 | 0.00 | | 0.00 | FA |
| 21 | Non-Contingent Interest in Estate  (u)<br>    Interest in the Estate of Edward Dart (Debtor's father<br>    died shortly after filing) | 0.00 | 50,000.00 | | 10,508.97 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.50 | FA |
| 22 | **Assets**    **Totals** (Excluding unknown values) | **$375,307.00** | **$50,000.00** | | **$10,509.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 09-75410 | | Trustee: | (330490) | MEGAN G. HEEG |
| Case Name: | COLLIS, JASON K. | | Filed (f) or Converted (c): | 12/07/09 (f) | |
| | COLLIS, REBECCA A. | | §341(a) Meeting Date: | 01/08/10 | |
| Period Ending: | 10/25/16 | | Claims Bar Date: | 11/02/10 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):     July 30, 2010          Current Projected Date Of Final Report (TFR):     June 27, 2016  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 09-75410 | | | | **Trustee:** MEGAN G. HEEG (330490) | | |
| **Case Name:** COLLIS, JASON K. | | | | **Bank Name:** The Bank of New York Mellon | | |
| COLLIS, REBECCA A. | | | | **Account:** \*\*\*\*-\*\*\*\*\*\*55-65 - Checking Account | | |
| **Taxpayer ID #:** \*\*-\*\*\*7851 | | | | **Blanket Bond:** $1,500,000.00 (per case limit) | | |
| **Period Ending:** 10/25/16 | | | | **Separate Bond:** N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/11 | {21} | Estate of Edward Dart | portion of the non-contingent interest in estate | 1210-000 | 5,190.19 | | 5,190.19 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,190.22 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,190.25 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,190.29 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,190.33 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,190.37 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,190.41 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,190.45 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 9.95 | 5,180.50 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,180.54 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,155.54 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,155.58 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,130.58 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,130.62 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,105.62 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,105.66 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,080.66 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,080.70 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,055.70 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,055.74 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,030.74 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,005.74 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,980.74 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,955.74 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,930.74 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,905.74 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,880.74 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,855.74 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,830.74 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,805.74 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,780.74 |
| 01/17/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033049088<br>20130117 | 9999-000 | | 4,780.74 | 0.00 |

| | | |
|---|---|---|
| Subtotals : | $5,190.69 | $5,190.69 |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case Number: | 09-75410 |
| Case Name: | COLLIS, JASON K. |
| | COLLIS, REBECCA A. |
| Taxpayer ID #: | **-***7851 |
| Period Ending: | 10/25/16 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******55-65 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5,190.69 | 5,190.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,780.74 | |
| | | | Subtotal | | 5,190.69 | 409.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,190.69 | $409.95 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-75410 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** COLLIS, JASON K. | **Bank Name:** Rabobank, N.A. |
| COLLIS, REBECCA A. | **Account:** ******2665 - Checking Account |
| **Taxpayer ID #:** **-***7851 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 10/25/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,780.74 | | 4,780.74 |
| 02/12/13 | 11001 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend 100.00% on $340.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 340.00 | 4,440.74 |
| 02/12/13 | 11002 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend 100.00% on $343.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 343.75 | 4,096.99 |
| 02/12/13 | 11003 | Discover Bank | Dividend paid   4.65% on $490.26; Claim# 1; Filed: $490.26; Reference: XXXX-0424 | 7100-000 | | 22.82 | 4,074.17 |
| 02/12/13 | 11004 | Discover Bank | Dividend paid   4.65% on $4,177.35; Claim# 2; Filed: $4,177.35; Reference: XXXX-6187 | 7100-000 | | 194.33 | 3,879.84 |
| 02/12/13 | 11005 | Chase Bank USA, N.A. | Dividend paid   4.65% on $7,034.45; Claim# 3; Filed: $7,034.45; Reference: XXXX-7592 | 7100-000 | | 327.25 | 3,552.59 |
| 02/12/13 | 11006 | Chase Bank USA,N.A | Dividend paid   4.65% on $2,757.12; Claim# 4; Filed: $2,757.12; Reference: 030-5976-722 | 7100-000 | | 128.26 | 3,424.33 |
| 02/12/13 | 11007 | GE Money Bank | Dividend paid   4.65% on $4,402.77; Claim# 5; Filed: $4,402.77; Reference: XXXX-9393 | 7100-000 | | 204.82 | 3,219.51 |
| 02/12/13 | 11008 | GE Money Bank | Dividend paid   4.65% on $1,270.54; Claim# 6; Filed: $1,270.54; Reference: 819 2416 033842 2 | 7100-000 | | 59.11 | 3,160.40 |
| 02/12/13 | 11009 | GE Money Bank | Dividend paid   4.65% on $1,230.19; Claim# 7; Filed: $1,230.19; Reference: 570-788-791-4 | 7100-000 | | 57.23 | 3,103.17 |
| 02/12/13 | 11010 | American Express Centurion Bank | Dividend paid   4.65% on $16,119.72; Claim# 8; Filed: $16,119.72; Reference: XXXX-1022 | 7100-000 | | 749.90 | 2,353.27 |
| 02/12/13 | 11011 | Fia Card Services, NA/Bank of America | Dividend paid   4.65% on $13,521.95; Claim# 9; Filed: $13,521.95; Reference: XXXX-4772 | 7100-000 | | 629.05 | 1,724.22 |
| 02/12/13 | 11012 | Fia Card Services, NA/Bank of America | Dividend paid   4.65% on $9,597.58; Claim# 10; Filed: $9,597.58; Reference: XXXX-6469 | 7100-000 | | 446.49 | 1,277.73 |
| 02/12/13 | 11013 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,277.73 | 0.00 |
| | | | Dividend paid 100.00%        1,269.07 on $1,269.07;  Claim# ; Filed: $1,269.07 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%              8.66 on $8.66;  Claim# ; Filed: $8.66 | 2200-000 | | | 0.00 |

Subtotals :                $4,780.74        $4,780.74

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-75410 | |
| Case Name: | COLLIS, JASON K. | |
| | COLLIS, REBECCA A. | |
| Taxpayer ID #: | **-***7851 | |
| Period Ending: | 10/25/16 | |

| | | |
|---|---|---|
| Trustee: | MEGAN G. HEEG (330490) | |
| Bank Name: | Rabobank, N.A. | |
| Account: | ******2665 - Checking Account | |
| Blanket Bond: | $1,500,000.00   (per case limit) | |
| Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 4,780.74 | 4,780.74 | $0.00 |
| | | | Less: Bank Transfers | | 4,780.74 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,780.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $4,780.74 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-75410 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** COLLIS, JASON K. | **Bank Name:** Rabobank, N.A. |
| COLLIS, REBECCA A. | **Account:** ******2666 - Checking Account |
| **Taxpayer ID #:** **-***7851 | **Blanket Bond:** $1,500,000.00  (per case limit) |
| **Period Ending:** 10/25/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/22/16 | {21} | Mescher Law Offices, P.C. | debtor's portion in a lawsuit | 1210-000 | 5,318.78 | | 5,318.78 |
| 09/13/16 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,800.95, Trustee Compensation; Reference: | 2100-000 | | 531.88 | 4,786.90 |
| 09/13/16 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $120.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 120.00 | 4,666.90 |
| 09/13/16 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $17.80, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 17.80 | 4,649.10 |
| 09/13/16 | 104 | Discover Bank | Dividend paid 12.32% on $490.26; Claim# 1; Filed: $490.26; Reference: XXXX-0424 | 7100-000 | | 37.61 | 4,611.49 |
| 09/13/16 | 105 | Discover Bank | Dividend paid 12.32% on $4,177.35; Claim# 2; Filed: $4,177.35; Reference: XXXX-6187 | 7100-000 | | 320.47 | 4,291.02 |
| 09/13/16 | 106 | Chase Bank USA, N.A. | Dividend paid 12.32% on $7,034.45; Claim# 3; Filed: $7,034.45; Reference: XXXX-7592 | 7100-000 | | 539.65 | 3,751.37 |
| 09/13/16 | 107 | Chase Bank USA,N.A | Dividend paid 12.32% on $2,757.12; Claim# 4; Filed: $2,757.12; Reference: 030-5976-722 | 7100-000 | | 211.52 | 3,539.85 |
| 09/13/16 | 108 | GE Money Bank | Dividend paid 12.32% on $4,402.77; Claim# 5; Filed: $4,402.77; Reference: XXXX-9393 | 7100-000 | | 337.76 | 3,202.09 |
| 09/13/16 | 109 | GE Money Bank | Dividend paid 12.32% on $1,270.54; Claim# 6; Filed: $1,270.54; Reference: 819 2416 033842 2 | 7100-000 | | 97.47 | 3,104.62 |
| 09/13/16 | 110 | GE Money Bank | Dividend paid 12.32% on $1,230.19; Claim# 7; Filed: $1,230.19; Reference: 570-788-791-4 | 7100-000 | | 94.37 | 3,010.25 |
| 09/13/16 | 111 | American Express Centurion Bank | Dividend paid 12.32% on $16,119.72; Claim# 8; Filed: $16,119.72; Reference: XXXX-1022 | 7100-000 | | 1,236.63 | 1,773.62 |
| 09/13/16 | 112 | Fia Card Services, NA/Bank of America | Dividend paid 12.32% on $13,521.95; Claim# 9; Filed: $13,521.95; Reference: XXXX-4772 | 7100-000 | | 1,037.34 | 736.28 |
| 09/13/16 | 113 | Fia Card Services, NA/Bank of America | Dividend paid 12.32% on $9,597.58; Claim# 10; Filed: $9,597.58; Reference: XXXX-6469 | 7100-000 | | 736.28 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 5,318.78 | 5,318.78 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 5,318.78 | 5,318.78 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | $5,318.78 | $5,318.78 |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 09-75410 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | COLLIS, JASON K. | | Bank Name: | Rabobank, N.A. |
| | COLLIS, REBECCA A. | | Account: | ******2666 - Checking Account |
| Taxpayer ID #: | **-***7851 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/25/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******55-65** | 5,190.69 | 409.95 | 0.00 |
| **Checking # ******2665** | 0.00 | 4,780.74 | 0.00 |
| **Checking # ******2666** | 5,318.78 | 5,318.78 | 0.00 |
| | $10,509.47 | $10,509.47 | $0.00 |

{} Asset reference(s)